

| | |
|---|---|
| LETITIA JAMES<br>ATTORNEY GENERAL | SERENA LONGLEY<br>DEPUTY GENERAL COUNSEL |

October 12, 2022

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Governor Andrew M. Cuomo v. Office of the New York State Attorney General*,
        1:22-mc-00280 (JLR)

Dear Judge Rochon:

I am the Deputy General Counsel in the New York State Office of the Attorney General (OAG), Respondent in the above-referenced miscellaneous action concerning Movant Andrew M. Cuomo's motion to compel (Motion) a subpoena served on this office seeking nonparty discovery in connection with a civil lawsuit pending in the Eastern District of New York, *Trooper 1 v. New York State Police, et al.*, No. 22-cv-00893 (LDH)(TAM) (E.D.N.Y. filed February 27, 2022).

Pursuant to Your Honor's October 6, 2022 Order (Dkt. No. 7), I write to advise the Court that Respondent consents to transfer the Motion to the Eastern District of New York pursuant to Rule 45(f) of the Federal Rules of Civil Procedure based upon Movant's agreement to the following proposed briefing schedule, which the parties jointly request the Court to adopt or recommend to the Eastern District should this Court transfer the Motion:

- November 1, 2022: OAG files opposition to motion to compel/cross-motion
- November 15, 2022: Movant files reply in support of motion to compel/opposition to cross-motion
- November 22, 2022: OAG files reply in support of cross-motion

We appreciate Your Honor's consideration of the requested schedule.

Respectfully,

/s/ Serena Longley
Serena Longley
Deputy General Counsel
New York State Office of the Attorney General
28 Liberty Street, 23rd Floor, New York, NY 10005
Serena.Longley@ag.ny.gov
212-416-8178